

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2022 SEP 22 AM 11: 18

CAROL L. MICHEL
CLERK

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

# FELONY

### BILL OF INFORMATION FOR DEPRIVATION
### OF RIGHTS UNDER COLOR OF LAW

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIMINAL NO. **22-212** |
| **v.** | * | SECTION: **SECT. 1 MAG. 5** |
| **RODNEY VICKNAIR** | * | VIOLATION:  18 U.S.C. § 242 |
| | * * * | |

The United States Attorney charges that:

### COUNT 1

On or about September 23, 2020, in the Eastern District of Louisiana, the defendant,

**RODNEY VICKNAIR**, while acting under color of law as an officer with the New Orleans Police

Department, willfully deprived V1 of her right to bodily integrity, a right secured and protected by

the Constitution and laws of the United States, when he touched V1's genitalia without her consent

X Fee  USA

___Process_____

X_Dktd_____

___CtRmDep_____

___Doc.No._____

and without a legitimate law enforcement purpose.    The defendant's conduct included

kidnapping; all in violation of Title 18, United States Code, Section 242.

<div style="margin-left:50%">

DUANE A. EVANS
UNITED STATES ATTORNEY


_____

TRACEY N. KNIGHT
Assistant United States Attorney
Louisiana Bar Roll Number 23165

KRISTEN CLARKE
ASSISTANT ATTORNEY GENERAL


_____

FARA GOLD
Special Litigation Counsel
U.S. Department Of Justice/Criminal Section
Civil Rights Division

</div>


New Orleans, Louisiana
September 22, 2022

2

No. _____

## United States District Court

### FOR THE

EASTERN _____ DISTRICT OF LOUISIANA _____

UNITED STATES OF AMERICA

*vs.*

RODNEY VICKNAIR

BILL OF INFORMATION FOR DEPRIVATION
OF RIGHTS UNDER COLOR OF LAW

Violation(s):     18 U.S.C. § 242

*Filed* _____, 20 22 _____

_____, *Clerk.*

*By* _____, *Deputy*

TRACEY N. KNIGHT

*Assistant United States Attorney*