# __MAGISTRATE CASE NUMBER

# OR

# _X_ NO MAGISTRATE PAPERS WERE FOUND

# FOR

# NAME: **RODNEY VICKNAIR**

# Initials: __CMS__