

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2022 SEP 22 AM 11 18

CAROL L. MICHEL
CLERK

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.** 22-212 |
| **v.** | * | **SECTION:** SECT. I MAG. 5 |
| **RODNEY VICKNAIR** | * | |
| | * * * | |

### MOTION FOR ISSUANCE OF A SUMMONS

**NOW INTO COURT** comes the United States of America, appearing herein through the

undersigned Assistant United States Attorney, who respectfully submits:

The defendant has been charged with violating Title 18, United States Code, Section 242,

by a Bill of Information for Deprivation of Rights Under Color of Law.

**WHEREFORE**, the United States of America prays that a summons be issued to

defendant requiring that defendant appear for initial appearance and arraignment.

Respectfully submitted,

DUANE A. EVANS
UNITED STATES ATTORNEY

TRACEY N. KNIGHT
Assistant United States Attorney
Louisiana Bar Roll Number 23165
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3080
Email:  tracey.knight@usdoj.gov

___Fee_____ USA
___Process_____
_X_Dktd_____
___CtRmDep_____
___Doc.No._____