UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. **22-212** |
| v. | * | SECTION: **SECT. I MAG. 5** |
| RODNEY VICKNAIR | * | |

\* \* \*

### ORDER

Considering the foregoing;

**IT IS HEREBY ORDERED** that a summons be issued directing that defendant appear on the  7th   day of    October   , 2022 , at  10:00 a.m.  , before the Honorable Janis van Meerveld in the Eastern District of Louisiana, at 500 Poydras Street, Hale Boggs Federal Building, Room  B309 , New Orleans, Louisiana, for initial appearance and arraignment.

New Orleans, Louisiana, this  22nd   day of    September   , 2022.

_____
UNITED STATES MAGISTRATE JUDGE