UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | No. 22-212 |
| RODNEY VICKNAIR | SECTION I |

## **ORDER**

On this date, the Court held a telephone conference with counsel for the government and counsel for the defendant participating. The Court and the parties had a candid discussion regarding the factual basis and plea agreement in this matter.

Pursuant to that discussion,

**IT IS ORDERED** that the parties will provide a revised factual basis to the Court by **MONDAY, OCTOBER 31**.

New Orleans, Louisiana, October 27, 2022.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE