MINUTE ENTRY
AFRICK, J.
NOVEMBER 16, 2022
JS10 - 00:45

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 22-212 |
| RODNEY VICKNAIR | SECTION   "I" |

COURT REPORTER:   Karen Ibos
COURTROOM DEPUTY:   Bridget Gregory

APPEARANCES:   Tracey Knight, Counsel for the government
Townsend Myers, Counsel for the defendant
Rodney Vicknair, Defendant

**RE-ARRAIGNMENT**

Defendant is sworn and questioned by the Court.
Defendant withdraws plea of NOT GUILTY as to count 1 of the Bill of Information and enters a plea of guilty to same.
Reading of the Bill of Information is waived.
Defendant is informed of the maximum penalties.
Defendant is informed of the existence of sentencing guidelines.
Interrogation pursuant to Rule 11.
Defendant informed of rights enumerated in Rule 11, including the right to trial by jury or the Court, and waives same.
Plea agreement is disclosed to the Court in letter form and filed.
Government submits the factual basis and same is filed.
Plea accepted and defendant is ADJUDGED GUILTY pursuant to his plea of guilty.
Court ORDERS a pre-sentence investigation.
Pursuant to Federal Rules of Criminal Procedure 11(c)(3)(A), a decision with respect to acceptance or rejection of the plea agreement is deferred until the Court has the opportunity to consider the pre-sentence report.
**Sentencing set for March 8, 2023 at 2:00 p.m.**
The pretrial conference and trial of this defendant are cancelled.
Defendant released on previous bond.