MINUTE ENTRY
AFRICK, J.
MARCH 8, 2023

JS10 - 00:30

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 22-212 |
| RODNEY VICKNAIR | SECTION: I |

COURT REPORTER:  Toni Tusa
COURTROOM DEPUTY:  Bridget Gregory

PRESENT:  Tracey Knight, Counsel for the government
Townsend Myers, Counsel for defendant
Shalita Morgan, U.S. Probation
Rodney Vicknair, Defendant

### SENTENCING

Case called.
The victim and the victim's mother provided impact statements to the Court.
Statements by the government and the defendant's counsel.
**IT IS ORDERED** that the plea agreement, pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C) is **REJECTED** for reasons stated on the record.
The Court advised the defendant that the Court is not required to follow the plea agreement and that the defendant will be given an opportunity to withdraw the plea; and that if the plea is not withdrawn, the Court may dispose of the case less favorably toward the defendant than the plea agreement contemplated.
**IT IS FURTHER ORDERED** that this matter is continued to **Tuesday, March 14, 2023** at **8:30 a.m.** so the defendant may advise the Court how he wishes to proceed.
**IT IS FURTHER ORDERED** that the defendant's conditions of release be modified as follows:

Home incarceration: The defendant shall be restricted to 24-hour-a-day lock-down at his residence except for medical necessities and court appearances or other activities specifically approved by the court: substance abuse treatment, mental health treatment, court appearances, and court ordered obligations.  All activities must be approved in advance by U.S. Probation with the exception of medical emergencies.

All other previously ordered conditions remain in effect.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**