UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.   22-212 |
| VERSUS | SECTION "I" |
| RODNEY VICKNAIR | VIOLATION: 18 U.S.C.§ 242 |

### NOTICE OF SENTENCING

Take Notice that this criminal case hearing has been continued to **MARCH 14, 2023** at **8:30 A.M.**, before U.S. District Judge Lance M. Africk, 500 Poydras Street, Courtroom C427, New Orleans, LA 70130.

**\*\*IMPORTANT NOTE:   PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING\*\* PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| Date:   March 8, 2023 | CAROL MICHEL, CLERK |
| TO: | Issued by:   Bridget Gregory, Deputy Clerk |
| Rodney Vicknair   **(BOND)** | AUSA:   Tracey Knight and Fara Gold |
| | S/A Chad Michael, FBI |
| Counsel for defendant:<br>Townsend M. Myers<br>4907 Magazine St<br>New Orleans, LA 70115<br>Email: townsend@nolacriminallaw.com | U.S. Marshal<br>U.S. Probation Office<br>U.S. Probation Office - Pretrial Services Unit |
| | **JUDGE** |
| | **MAGISTRATE** |
| **If you change address,<br>notify clerk of court<br>by phone, 589-7752** | COURT REPORTER COORDINATOR<br>INTERPRETER:   NONE |