MINUTE ENTRY
AFRICK, J.
MARCH 14, 2023

JS10 - 00:20

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 22-212 |
| RODNEY VICKNAIR | SECTION:  I |

COURT REPORTER:  Nichelle Wheeler
COURTROOM DEPUTY:  Bridget Gregory

PRESENT:  Tracey Knight, Counsel for the government
          Townsend Myers, Counsel for defendant
          Danielle Robinson, U.S. Probation
          Rodney Vicknair, Defendant

## SENTENCING

Case called.
The victim's mother addressed the Court.
Defendant is sworn and questioned by the Court.
Plea agreement is disclosed to the Court in letter form and filed.
The Court accepted the plea agreement, pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C), and advised the defendant that the agreed disposition will be reflected in the judgment .
Defendant was sentenced on count 1 of the Bill of Information.
See Judgment for sentence imposed.
The defendant was released, to surrender himself on or before noon on May 15, 2023.
**IT IS ORDERED** that the defendant's conditions of release of home incarceration be modified as follows:  The probation officer has the authority to approve leave for necessities such as grocery shopping. The defendant must submit these requests at least 72 hours in advance.
All other previously ordered conditions remain in effect.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**