UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 22-212 |
| v. | * | SECTION: "I" (5) |
| RODNEY VICKNAIR | * | |

\* \* \*

## GOVERNMENT'S UNOPPOSED MOTION AND INCORPORATED MEMORANDUM TO CANCEL RESTITUTION HEARING

**NOW INTO COURT**, comes the United States of America, through the undersigned Assistant United States Attorney, and respectfully moves this Honorable Court to cancel the restitution hearing scheduled on Wednesday, May 3, 2023, for the reasons set forth below.

On March 14, 2023, the Court sentenced the defendant and set a restitution hearing for May 3, 2023. Docs. 48, 50. The government has not received any requests for restitution and has, therefore, determined that there is no need to hold a restitution hearing in this matter.

**WHEREFORE**, the United States of America respectfully requests that the restitution hearing in the above-captioned matter be cancelled.

Respectfully submitted,

DUANE A. EVANS
UNITED STATES ATTORNEY

*s/Tracey N. Knight*
TRACEY N. KNIGHT
Assistant United States Attorney
Louisiana Bar Roll Number 23165
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3080
Tracey.Knight@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on May 2, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                  *s/Tracey N. Knight*
                                                  TRACEY N. KNIGHT
                                                  Assistant United States Attorney